U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 6 2023

TONY R. MOORE, CLERK
BY_____
DEPUTY

(Rev. 12/6/12)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Rodrick D. Batiste
Plaintiff

VS.

City of Rayne
Defendant

Civil Action No. 23-cv-0858

Judge _____

Magistrate Judge _____

**COMPLAINT**
**UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

On 9/27/2001, two city employees Donald Senegal and Kermis Credeur made a racial slur that I overheard. Kermis made the comment to Donald, that he would be a "dead nigger" if he would come to his come to his house to collect on a bet that was made on the Rayne High School Homecoming game. Kermis was a
see attached

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?   Yes ✓   No ☐

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?   Yes ✓   No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: 4/20/2023

Page 1 of 2

(Rev. 12/6/12)

D. Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [ ]   No [ ]

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____
_____
_____
_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____
_____
_____
_____

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: June 26, 2023

_____
(Witness)

_____
(Witness)

Rodrick D. Batist
(Signature)

403 8th St
(Street Address or P.O. Box)

Wayne LA 70578
(City, State, Zip Code)

337 739-7040
(Area Code)   (Telephone Number)

Attached = Complaint

frequent visitor at Rayne Utility although he was not employed there. He would visit for coffee and football talk and often make racial comments with Donald Senegal who claims it does not bother him. However, neither one of these employees of the city of Rayne, were respectful of the work environment to consider that their conversations may be offensive to the other workers at the utility department.